# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00667-CR

**Gerald Eugene Lee, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 7451, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gerald Eugene Lee seeks to appeal from a judgment of conviction for aggravated robbery. Sentence was imposed on August 15, 2003. There was no motion for new trial. The deadline for perfecting appeal was therefore September 15, 2003. Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on November 14, 2003. The trial court also has certified that Lee waived his right of appeal. *Id.* rule 25.2(d).

The appeal is dismissed.

_____

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: December 4, 2003

Do Not Publish